**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TERESA LOATMAN MASON, a resident of California,<br><br>                Plaintiff,<br><br>          v.<br><br>HOLLAND AMERICA LINE LIMITED DBA HOLLAND AMERICA LINE LIMITED WA., a Bermuda corporation; ONESPAWORLD, LLC, a Florida limited liability company; ONESPAWORLD (BAHAMAS) LIMITED, a Bahamas Corporation, and DOES 1-4,<br><br>                Defendants. | No. 2:26-cv-00312-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties stipulate to the entry of an Order of Dismissal of Plaintiff's claims against Defendants, in their entirety, with prejudice and without costs, for the reason that the parties have reached final settlement in this matter.

///

///

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:26-cv-00312- JHC - Page 1

DATED this 2nd day of June, 2026.

*s/Charles P. Moure (via email authorization)*
CHARLES P. MOURE, WSBA #23701
Moure Law, PLLC
1521 Second Avenue, Suite 1400
Seattle, WA 98101
Telephone:     206-300-2351
Email:            charles@mourelaw.com

*Attorneys for Plaintiff*

*s/ Nathan J. Beard*
NATHAN J. BEARD, WSBA # 45632
*s/ Trinity K. Hopkey*
TRINITY K. HOPKEY, WSBA # 64966
Le Gros Buchanan & Paul, P.S.
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:     206-623-4990
Facsimile:      206-467-4828
Email:            nbeard@legros.com
                      thopkey@legros.com

*Attorneys for Defendants Holland America Line
Limited dba Holland America Line Limited WA,
OneSpaWorld, LLC, and OneSpaWorld
(Bahamas) Limited*

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:26-cv-00312- JHC - Page 2

<u>ORDER</u>

Based upon the foregoing Stipulation, Plaintiff's claims are hereby dismissed with prejudice and without costs.

Dated this 2nd day of June, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:26-cv-00312- JHC - Page 3